DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER SNOW,**
Appellant,

v.

**CHRISTOPHER FICARRA** and **CHRIS PADGETT,**
Appellees.

No. 4D22-473

[June 8, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502018CA010206A.

Lydia Pittaway of Pittaway Law, PLLC, Fort Pierce, for appellant.

Carri S. Leininger and Maureen Martinez of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***